02-12-434-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00434-CV

 

 


 
 
 In re Dieudonne Kazabukeye
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator’s petition for writ of mandamus
and is of the opinion that the petition should be dismissed.  Accordingly, relator’s
petition for writ of mandamus is dismissed.

 

PER
CURIAM

PANEL:  DAUPHINOT, J.;
LIVINGSTON, C.J.; and GARDNER, J.

 

DELIVERED:  October 25, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).